UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANNY CALDWELL *et al.*,

    Plaintiffs,

v.

CLEARSPRING LOAN SERVICING,

    Defendant.
_____/

Case No. 17-cv-11116
Hon. Matthew F. Leitman

## ORDER (1) VACATING ORDER TO SHOW CAUSE (ECF #20) AND (2) DISMISSING PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE

On June 11, 2017, the Clerk of the Court entered a default against Defendant ClearSpring Loan Servicing. (*See* ECF #15.) Plaintiffs did not take any action to prosecute their claims against ClearSpring to final judgment, and on April 27, 2018, the Court entered an Order requiring Plaintiffs to show cause, in writing, by no later than May 11, 2018, why the Court should not dismiss their claims against ClearSpring for failure to prosecute (the "Show Cause Order"). (*See* ECF #20.)

Plaintiffs never filed a response to the Show Cause Order. Nor have Plaintiffs taken any other action to prosecute their claims against ClearSpring to final judgment. Accordingly, **IT IS HEREBY ORDERED** that (1) the Show Cause

1

Order (ECF #20) is **VACATED** and (2) Plaintiffs' Complaint (ECF #1) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 4, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 4, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764